UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:10-CR-0093-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | |
| | ) | ORDER |
| | ) | |
| | ) | |
| CHARLETTE D. JOHNSON, | ) | |
| Defendant | ) | |

On 6 December 2010, this matter came before the court for a hearing of the motion of the Office of the Federal Public Defender to withdraw as counsel and defendant's arraignment. Having found at that hearing that a conflict of interest exists, the motion to withdraw is GRANTED. The Federal Public Defender's Office is directed to appoint new counsel for defendant. Because new counsel is appointed, the court finds that a continuance of the arraignment to 3 January 2011 is warranted and that the ends of justice served by this continuance outweigh the best interests of the public and defendant in a speedy trial. The time of such delay is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

This 8 December 2010.

_____
W. Earl Britt
Senior U.S. District Judge