UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:10-CR-0093-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | |
| | ) | ORDER |
| | ) | |
| | ) | |
| CHARLETTE D. JOHNSON, | ) | |
| Defendant | ) | |

This matter is before the court on defendant's *pro se* 8 March 2011 motion to dismiss charges and 30 March 2011 motion "to bring court in session." The court has previously entertained on the merits defendant's *pro se* motions for new counsel and to withdraw her guilty plea. The court did so, despite the fact that defendant is represented by counsel, because of the nature of those motions. The court will not entertain any additional *pro se* motions in this case, unless it is for new counsel. The instant motions are DENIED. Any future *pro se* motion submitted by defendant, other than one for new counsel, shall be docketed and terminated without further action by the undersigned. The Clerk is DIRECTED to serve a copy of this order on defendant at her address of record.

This 20 April 2011.

_____
W. Earl Britt
Senior U.S. District Judge