UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:10-CR-0093-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHARLETTE D. JOHNSON | ) | |

This matter is before the court on defendant's motions, filed *pro se*, requesting that the court vacate her convictions because she has not been provided a revised presentence report and unseal the grand jury transcripts associated with her indictment and superseding indictment. Because defendant is represented by counsel, the motions are DENIED WITHOUT PREJUDICE.

This 21 August 2012.

W. Earl Britt
Senior U.S. District Judge