UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN  DIVISION
NO: 7:10-CR-0093-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| CHARLETTE D. JOHNSON | ) | |
| | ) | |

This matter is before the court on defendant's *pro se* motion to supplement the record on

appeal.  (DE # 181.)  The Clerk transmitted the entire record in this case to the appellate court,

and that court's mandate has now issued.  The motion is DENIED as moot.

This 5 November 2013.


_____
W. Earl Britt
Senior U.S. District Judge