UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:10-CR-0093-BR

UNITED STATES OF AMERICA )
)
)
v. ) ORDER
)
)
CHARLETTE D. JOHNSON )
)

This matter is before the court on defendant's motions, filed *pro se*, to vacate her

sentence and for a hearing.  (DE ## 195, 200.)  Because defendant is represented by counsel, the

motions are DENIED WITHOUT PREJUDICE.

This 3 January 2014.

_____
W. Earl Britt
Senior U.S. District Judge